1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORT OF SEATTLE,<br><br>                            Plaintiff,<br><br>      vs.<br><br>F/V CHIWOO, U.S. Coast Guard No.<br>1090212, her engines, tackle, etc., *in rem*;<br>SONNY YI; BRIAN JOO; and LAUREN<br>JOO, *in personam*,<br><br>                        Defendants. | IN ADMIRALTY, *IN REM* AND *IN PERSONAM*<br><br>NO.  C08-1459 RSL<br><br>ORDER GRANTING MOTION PERMITTING ACCESS TO VESSEL TO CONDUCT PRE-PURCHASE INSPECTION<br><br>**Noted for:  December 10, 2008** |

       This matter came before the Court on Plaintiff's Motion for Order Permitting Access to

Vessel to Conduct Pre-Purchase Inspection.  The Court has considered the pleadings filed and

therefore deems itself fully advised.  Based on the pleadings submitted,

       IT IS ORDERED that Plaintiff's motion is GRANTED and that potential purchasers

and/or their representatives are permitted to board the F/V CHIWOO in the company of the

vessel custodian for the purposes of inspection and valuation.  All persons boarding the vessel

pursuant to this Order shall sign a Waiver and Release from Liability presented by the vessel custodian.

DATED this 11th day of December, 2008.

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION PERMITTING
ACCESS TO VESSEL TO CONDUCT PRE-
PURCHASE INSPECTION - 2