UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORT OF SEATTLE,<br><br>    Plaintiff,<br><br> v.<br><br>F/V CHIWOO, U.S. coast Guard No. 1090212, her engines, tackle, etc., *in rem*; and BRIAN JOO, *in personam*,<br><br>    Defendants. | No. C08-1459RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on September 30, 2008. To date, service of the summons and complaint has not been made on defendant, Brian Joo, as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed as to that defendant. Plaintiff shall file a responsive brief no later than March 2, 2009.

DATED this 13th day of February, 2009.

          /s/ Robert S. Lasnik
          Robert S. Lasnik
          United States District Judge

ORDER TO SHOW CAUSE