UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORT OF SEATTLE,<br><br>                           Plaintiff,<br><br>    vs.<br><br>F/V CHIWOO, U.S. Coast Guard No. 1090212, her engines, tackle, etc., *in rem*; SONNY YI; BRIAN JOO; and LAUREN JOO, *in personam*,<br><br>                        Defendants. | IN ADMIRALTY, *IN REM* AND *IN PERSONAM*<br><br>NO. C08-1459 RSL<br><br>ORDER GRANTING MOTION PERMITTING ACCESS TO VESSEL FOR PURPOSES OF INSPECTING AND MAKING THE VESSEL CAPABLE OF NAVIGATION<br><br>**Noted for: June 11, 2009** |

    This matter came before the Court on Plaintiff's Motion for Order Permitting Access to Vessel for Purposes of Inspecting and Making the Vessel Capable of Navigation. The Court has considered the pleadings filed and therefore deems itself fully advised. Based on the pleadings submitted,

    IT IS ORDERED that Plaintiff's motion is GRANTED and that representatives of the owner, including a captain and crew, are permitted to board the F/V CHIWOO under supervision of the vessel custodian, and to place an electrical generator on board the vessel, for purposes of inspecting and making operational the vessel's engines and navigational

ORDER GRANTING MOTION PERMITTING
ACCESS TO VESSEL FOR PURPOSES OF
INSPECTING AND MAKING THE VESSEL
CAPABLE OF NAVIGATION - 1

equipment. All persons boarding the vessel pursuant to this Order shall sign a Waiver and Release from Liability presented by the vessel custodian.

DATED this 11th day of June, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON, LLP


By_____
   Charles Jordan, WSBA# 19206
of Attorneys for Plaintiff, Port of Seattle

ORDER GRANTING MOTION PERMITTING
ACCESS TO VESSEL FOR PURPOSES OF
INSPECTING AND MAKING THE VESSEL
CAPABLE OF NAVIGATION - 2